**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

─────────────

**No. 13-4808**

─────────────

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

     v.

RONTREY ERIC DIGSBY,

                Defendant - Appellant.

─────────────

Appeal from the United States District Court for the Western District of North Carolina, at Charlotte. Frank D. Whitney, Chief District Judge. (3:06-cr-00164-FDW-CH-1)

─────────────

Submitted: March 27, 2014          Decided: March 31, 2014

─────────────

Before MOTZ, Circuit Judge, and HAMILTON and DAVIS, Senior Circuit Judges.

─────────────

Dismissed by unpublished per curiam opinion.

─────────────

Richard H. Tomberlin, LAW OFFICE OF RICHARD H. TOMBERLIN, Charlotte, North Carolina, for Appellant. Amy Elizabeth Ray, Assistant United States Attorney, Asheville, North Carolina, for Appellee.

─────────────

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Rontrey Eric Digsby appeals the district court's order revoking his term of supervised release, imposing an active sentence of 12 months and one day imprisonment, and terminating supervision upon his release. Our review of the Federal Bureau of Prisons' records reveals that Digsby was released from imprisonment on December 16, 2013. Accordingly, we dismiss the appeal as moot. We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

<u>DISMISSED</u>

2